IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

N.R., FATHER OF B.R. AND
J.R., CHILDREN,

       Appellant,

 v.

       Case No.  5D21-3129
       LT Case No. 2019-DP-51

DEPARTMENT OF CHILDREN AND
FAMILIES,

       Appellee.

_____/

Decision filed June 2, 2022

Appeal from the Circuit Court
for Orange County,
A. James Craner, Judge.

Nathaniel Redding, Casselberry, pro se.

Kelley Schaeffer, of Children's Legal
Services, Bradenton, for Appellee,
Department of Children & Families.

Elise M. Ezzo, of OCBA Legal Aid
Society, Windermere, for Guardian ad
Litem Program.

PER CURIAM.

     AFFIRMED.

EVANDER, COHEN and LAMBERT, JJ., concur.